# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

POLITICAL PRISONER #DL4686 (A/K/A ALTON D. BROWN),

        Petitioner

        v.

GREENE COUNTY COURT OF COMMON PLEAS,

        Respondent

: No. 44 WM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Application for Leave to File Original is **GRANTED**, and the Petition for Writ of Prohibition or Extraordinary Relief is **DENIED**.